

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00325-CV

**IN RE** Christina **REID**

Original Mandamus Proceeding[1]

**ORDER**

On May 31, 2022, Relator filed a petition for writ of mandamus. Subsequently, Real Party in Interest filed a response.

We conditionally grant the petition for writ of mandamus and order the Honorable Martha Tanner to, within fifteen days of this order, vacate the March 17, 2022 temporary orders in the underlying proceeding. *See* TEX. R. APP. P. 52.8(c).

The writ will issue only if the trial court fails to comply with this order.

It is so **ORDERED** on July 20, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-18954, styled *In the Interest of M.R.C., T.J.C., and C.F.C., Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.